RECEIVED
IN LAKE CHARLES, LA

OCT - 9 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| TERRENCE BAILEY | CIVIL ACTION NO. 07-1798 |
| VS. | SECTION P |
| WARDEN, ALLEN CORRECTIONAL | JUDGE MINALDI |
| CENTER, ET AL | MAGISTRATE JUDGE KAY |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts since it plainly appears from the face of the petition and the exhibits that the petitioner is not entitled to relief.

**THUS DONE AND SIGNED**, in Chambers, in Lake Charles, Louisiana, on this 9 day of Oct, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE